IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL NO. 1:16-cr-118-DMB-DAS-7 |
| SAMUEL LEE HOWELL | DEFENDANT |

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Robert W. Davis, Jr.** on **May 9, 2023,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Robert W. Davis, Jr.** has agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Robert W. Davis, Jr.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 9th day of May, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE